IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC DAVIS, #233423, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-018-WHA-KFP |
| | ) | |
| STATE OF ALABAMA, et.al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 28, 2022, the Magistrate Judge entered a Recommendation (Doc. 6), to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and the Motion for Class Certification (Doc. 1) is DENIED. It is further

ORDERED that this case is referred back to the Magistrate Judge for additional proceedings.

Done this 17th day of February, 2022

/s/  W.  Harold Albritton
UNITED STATES DISTRICT JUDGE